IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| KENOSHA NEW CAR DEALERS' ASSOCIATION AND INDEPENDENTS - LOCAL 173, UAW RETIREMENT INCOME PLAN | ) ) ) ) ) | Civil Action No. 98-C-0126 Honorable Rudolph T. Randa |
| ———————————————— | ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| PALMEN MOTORS, INC., STAN LOCK BUICK, INC., FELD BODY SHOP, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) LOCAL NO. 173, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

FILED
U.S. DISTRICT COURT EAST DIST. WISC.

SEP - 8 2006

AT_____O'CLOCK_____M
SOFRON B. NEDILSKY

## ORDER GRANTING LIMITED RELIEF FROM ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT UAW LOCAL NO. 173 AND VACATING ORDER APPOINTING TRUSTEE

Upon consideration of the Joint Motion of Plaintiff Pension Benefit Guaranty

Corporation ("PBGC"), Defendant International Union, United Automobile, Aerospace &

Agricultural Implement Workers of America (UAW) Local No. 173 ("UAW Local 173"), and

William S. Hoffman, Ph.D. ("Dr. Hoffman") for Limited Relief from the Court's Order of

Dismissal With Prejudice of UAW Local 173 and Vacating Order Appointing Trustee dated

September 12, 2003 ("Closing Order"), and it appearing that granting the relief requested is

necessary to accomplish justice by permitting the completion of the distribution of the assets of the Kenosha New Car Dealers' Association and Independents – Local 173, UAW Retirement Income Plan ("Pension Plan") to the Pension Plan's participants and their beneficiaries and to permit repayment of financial assistance that PBGC provided to the Pension Plan, it is hereby:

ORDERED: That the Closing Order shall be, and hereby is, stayed; and it is

ORDERED FURTHER: That while this Order is in effect, Dr. Hoffman shall be, and hereby is, reappointed as Trustee of the Pension Plan, with all of the powers and responsibilities conferred upon him by this Court's Stipulation and Order Appointing Trustee, dated September 16, 1988, for the limited purpose of executing a group annuity contract (the "Group Annuity Contract") issued to the Pension Plan by Travelers Life and Annuity; and it is

ORDERED FURTHER: That Dr. Hoffman shall execute the Group Annuity Contract as soon as possible after receipt of this Order; and it is

ORDERED FURTHER: That Dr. Hoffman shall file a true, complete and correct copy of the executed Group Annuity Contract with the Clerk of this Court, and shall also serve copies of the executed Group Annuity Contract upon PBGC and UAW Local 173; and it is

ORDERED FURTHER: That upon the Clerk's receipt of the executed Group Annuity Contract, this Order shall be vacated and the Closing Order shall once again become effective.

Dated: ___9/9/06___

RUDOLPH T. RANDA
United States District Judge

2